IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| CHARLENE GREEN, individually and as Administratrix of the ESTATE OF JULIUS S. JOHNSON,<br><br>Plaintiff,<br><br>v.<br><br>CONNECTIONS COMMUNITY SUPPORT PROGRAMS, INC., et al.,<br><br>Defendants. | )<br>)<br>)<br>)<br>)<br>)<br>)<br>) C.A. No. 21-660(MN) (SRF)<br>)<br>)<br>)<br>)<br>)<br>) |

### ORDER ADOPTING REPORT AND RECOMMENDATION

At Wilmington, this 13th day of December 2021:

WHEREAS, on November 23, 2021, Magistrate Judge Fallon issued a Report and Recommendation ("the Report") (D.I. 27) in this action recommending that the Court:

    1.    Deny that portion of Defendants' Metzger and Richman's motion to dismiss filed pursuant to Rule 12(b)(1) (D.I. 3);

    2.    Grant without prejudice that portion of Defendants' Metzger and Richman's motion to dismiss filed pursuant to Rule 12(b)(6) of the Federal Rules of Civil Procedure (D.I. 3); and

    3.    Deny without prejudice to renew when the bankruptcy stay is lifted, Dr. Ellis' motion to dismiss filed pursuant to Rule 12(b)(6) of the Federal Rules of Civil Procedure (D.I. 5);

WHEREAS, on November 23, 2021, Magistrate Judge Fallon also issued a Memorandum Order (D.I. 28) recommending that the Court grant-in-part and deny-in-part Plaintiff's Motion Concerning Defendant Herman M. Ellis's Motion to Dismiss (D.I. 14);[1] and

WHEREAS, no party filed objections to the Report pursuant to Rule 72(b)(2) of the Federal Rules of Civil Procedure in the prescribed period, and the Court finding no clear error on the face of the record;

THEREFORE, IT IS HEREBY ORDERED, that the Report and Recommendation is ADOPTED.

The portion of Defendants Metzger and Richman's motion to dismiss filed pursuant to Rule 12(b)(1) of the Federal Rules of Civil Procedure (D.I. 3) is DENIED. The portion of Defendants Metzger and Richman's motion to dismiss filed pursuant to Rule 12(b)(6) of the Federal Rules of Civil Procedures is GRANTED WITHOUT PREJUDICE. Plaintiff is given leave to file an Amended Complaint on or before January 28, 2022. Failure to do so will result in the dismissal of Defendants Metzger and Richman.

Herman M. Ellis, M.D.'s Motion to Dismiss Plaintiff's Complaint for Failure to State a Claim (D.I. 5) is DENIED WITHOUT PREJUDICE to renew when the Bankruptcy stay is lifted.

Plaintiff's Motion Concerning Defendant Herman M. Ellis's Motion to Dismiss (D.I. 14) is GRANTED-IN-PART and this case is STAYED as to Defendants Connections Community Support Programs, Inc. and Herman M. Ellis, M.D. Plaintiff's request that the Court accept the

---

[1] In her motion, Plaintiff moves the Court to: (1) accept the affidavit of merit submitted by Plaintiff as "timely filed" and (2) issue a stay "against defendant CCSP and Ellis [] until the 11 U.S.C. § 362(a) stay is lifted." (D.I. 4). Judge Fallon recommends granting the stay and denying without prejudice to renew the remainder of the motion.

affidavit of merit as timely filed is DENIED WITHOUT PREJUDICE to renew when the Bankruptcy stay is lifted.

                                                      _____
                                                      The Honorable Maryellen Noreika
                                                      United States District Court Judge